## STATE ex rel. REA et al. v. ETHERIDGE et al.

### Motion No. 9429; 5592.

Supreme Court of Texas.

March 18, 1931.

For former opinion, see 32 S.W.(2d) 828, which reversed 20 S.W.(2d) 808.

Edward J. Hamner and P. Edward Ponder, both of Sweetwater, for plaintiffs in error.

John E. Sentell and J. M. Harris, both of Snyder, for defendants in error.

PER CURIAM.

We have carefully considered the motion for leave to file a motion for rehearing in this cause, but have concluded, in view of the contest, that we are not authorized to permit the motion for rehearing to be filed. However, we have carefully read the motion for rehearing, and are convinced that we have heretofore made a correct disposition of the case.

The motion for leave to file the motion for rehearing is accordingly overruled.